IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEMARIO DONTEZ WALKER, (MDOC #L1625) | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION H-08-1555 |
| UNITED STATES OF AMERICA, *et al.,* | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered, this civil action is dismissed without prejudice.

The final judgment entered on July 7, 2008 is vacated and replaced by this order.

SIGNED on July 11, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge